IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STACY HARRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALTER MYERS, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 10-00566-KD-N |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 25, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that plaintiff's motion for an injunction (doc. 15) is hereby **DENIED**.

DONE this 19th day of August, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE